1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MYCHAL REED,

    Plaintiff,

    v.

BUCKEL, *et al.*,

    Defendants.

Case No.  1:23-cv-01431-NODJ-BAM (PC)

ORDER CONSTRUING PLAINTIFF'S JUDICIAL NOTICE AS A MOTION FOR A COPY OF DOCKET
(ECF No. 15)

ORDER GRANTING PLAINTIFF'S MOTION FOR A COPY OF DOCKET
(ECF No. 15)

ORDER DIRECTING CLERK OF COURT TO SERVE COPY OF PUBLIC DOCKET SHEET ON PLAINTIFF

Plaintiff Mychal Reed ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 7, 2023, Plaintiff filed a document titled "Judicial Notice."  (ECF No. 15.) In the filing, Plaintiff states that he wishes to notify the Court of discrepancies in the Court's docket for this action.  Specifically, Plaintiff states that he never filed a motion on October 19, 2023 for a preliminary injunction against Kern Valley State officials pertaining to E-Filing, but only made an informal request to be able to E-File his documents to this Court.  However, Plaintiff did send the Court a formal pleading document (including exhibits and other attachments) for a preliminary injunction against KVSP officials on October 12, 2023, that this Court never responded to or addressed.  That preliminary injunction request pertained to the denial of TTY-Telephone usage (Plaintiff is deaf) and other retaliatory conduct by KVSP.  E-

1

1    Filing was not mentioned in this document.  Due to the foregoing, Plaintiff requested a copy of

2    his October 12, 2023 documents from this Court to help rectify the confusion, but the Court

3    denied his copy request because he could not pay for the copy.  Therefore, Plaintiff states that he

4    needs a copy of his October 12, 2023 preliminary injunction pleading document to confirm or not

5    confirm whether the Court received the correct documents.  (*Id.*)

6         Having reviewed the filing, the Court finds that the "Judicial Notice" should be construed

7    as a motion requesting a copy of the docket sheet for this action.

8         Plaintiff is advised that the Court does not provide free copies of case documents to

9    parties, even when a party is proceeding *in forma pauperis*.  Ordinarily, the Clerk of Court

10   charges $0.50 per page for copies of documents.  However, based on Plaintiff's assertion that he

11   has mailed certain documents to the Court that were never responded to, the Court will make a

12   one-time exception in this instance.  In the future, copies of documents or of the docket sheet may

13   be made by the Clerk's Office upon written request and prepayment of the copy fees.

14        Plaintiff is further informed that, as reflected by the docket sheet for this action, no

15   motions regarding TTY-Telephone usage or prior requests for copies of documents were ever

16   received in this case.

17        Accordingly, IT IS HEREBY ORDERED as follows:

18   1.  Plaintiff's judicial notice, (ECF No. 15), is CONSTRUED as a motion for a copy of the

19       docket;

20   2.  Plaintiff's motion for a copy of the docket, (ECF No. 15), is GRANTED; and

21   3.  The Clerk's office is DIRECTED to serve a copy of the public docket sheet for this action

22       on Plaintiff at his current address of record.

23

24   IT IS SO ORDERED.

25   Dated:   **December 11, 2023**          /s/ *Barbara A. McAuliffe*

26                                           UNITED STATES MAGISTRATE JUDGE

27

28

                                    2