# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL REED,<br><br>                    Plaintiff,<br><br>        v.<br><br>BUCKEL, *et al.*,<br><br>                    Defendants. | Case No.  1:23-cv-01431-NODJ-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO DISMISS<br><br>(ECF No. 27) |

Plaintiff Mychal Reed ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  The complaint has not yet been screened.  On January 29, 2024, Plaintiff filed a motion to dismiss his case immediately.  (ECF No. 27.)

"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Id.* at 1078.  No defendant has been served in this action and no defendant has filed an answer or motion for summary judgment.

1

As Plaintiff did not specify whether the dismissal is with or without prejudice, the Court finds that a dismissal without prejudice is appropriate. Fed. R. Civ. P. 41(a)(2).

Accordingly, this action is terminated, without prejudice, by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to assign a District Judge for the purposes of closing this case, terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

Dated: **January 29, 2024**     /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE

2